IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JONATHAN WINNIE, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>HILTON WORLDWIDE HOLDINGS, INC., HILTON INTERNATIONAL OF PUERTO RICO, PARK HOTELS & RESORTS INC., AND PUERTO RICO CARIBE LESSEE LLC,<br><br>Defendants. | CIV. NO.: 19-1859 (SCC) |

## JUDGMENT

In accordance with the Order at Docket No. 58, this case is hereby dismissed with prejudice, each party to bear its own costs, attorney's fees and expenses.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of August, 2020.

        *S*/SILVIA CARRENO-COLL
        UNITED STATES DISTRICT COURT JUDGE